# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

† Also admitted in New Jersey

**Author: Joseph M. Labuda – Member** †
**Direct E-Mail Address:** joe@mllaborlaw.com
**Direct Dial: (516) 303-1380**

January 4, 2022

Honorable Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE:** **Hernandez v. The Money Source (17-CV-6919) (GRB)**
**MLLG File No. 153-2021**

Dear Judge Brown:

      Defendant is in receipt of Plaintiffs' opposition to the motions in limine. Defendant anticipates submitting a reply in support of the motions in limine. Accordingly, Defendant respectfully requests until January 7, 2022 to submit the reply.

      Respectfully submitted,

*Joseph M. Labuda*

Joseph M. Labuda

cc:    Lauren Goldberg, Esq. (with Enclosures)
       Client (without Enclosures)