# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

† Also admitted in New Jersey

Author: Joseph M. Labuda – Member †
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 303-1380

January 6, 2022

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**RE:    Hernandez v. The Money Source (17 CV 6919)**
         **MLLG File No. 153-2021**

Dear Judge Brown:

This firm represents Defendant in the above referenced matter. This letter shall serve as Defendant's motion for an extension to file its reply to its in limine motion until January 14, 2022.

Defendant just received the Court's order granting the extension until January 7. However, there are two reasons for a further one-week request. First, there are several attorneys on Defendant's trial team working on this motion who are under COVID quarantine orders, sick and recovering from COVID, or currently sick (including the undersigned) which is making it difficult if not impossible to complete by tomorrow. Second, Defendant requested until January 7 due to the January 11 trial date so that the Court could hear its reply prior to the commencement of the trial. In light of the Court's adjournment sine die of the trial date due to COVID, Defendant respectfully requests one (1) additional week to respond to Plaintiffs' 14 page opposition to Defendant's Motions in limine Nos. 1 - 8.

Respectfully submitted,

*Joseph M. Labuda*

Joseph M. Labuda

cc: all counsel – via ECF