**MILMAN LABUDA LAW GROUP PLLC**
**3000 Marcus Ave.**
**Suite 3W8**
**Lake Success, NY 11042**
**(516) 328-8899**

† Also admitted in New Jersey

Author: Joseph M. Labuda – Member †
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 303-1380

June 24, 2022

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     *RE:* *Hernandez v. The Money Source (17 CV 6919)*
        *MLLG File No. 153-2021*

Dear Judge Brown:

  This firm represents Defendant in the above referenced matter. The parties jointly write to inform the Court that it met and confirmed regarding the motions *in limine* that the Court withdrew *sua sponte* in its June 17, 2017 Order.

  The parties report that they have not been able to agree to narrow the scope of the myriad issues raised in the parties' respective motions. Accordingly, the parties respectfully request that the Court reinstate the withdrawn motions.

            Respectfully,

            _____/s/_____
            Joseph M. Labuda, Esq.

Cc: Counsel of record via ECF