Exhibit "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

RICHARD HERNANDEZ, STEVE HERNANDEZ
AND MARIA KEEGAN,

                        Plaintiff,

-against-

THE MONEY SOURCE INC.,

                        Defendant.
--------------------------------------------------------------X

Dkt. No.: 17-cv-06919

STIPULATION OF DISMISSAL

**IT IS STIPULATED AND AGREED** by and between counsel for the Plaintiff Maria Keegan and Defendant, that the claims asserted on behalf of Maria Keegan above-referenced action shall be dismissed with prejudice and without fees or costs pursuant to Rule 41(a)(2) of the FRCP, and

**IT IS FURTHER STIPULATED AND AGREED** by and among the undersigned counsel that facsimile signatures shall be considered original signatures.

Dated: New York, New York
July 15, 2022

LAW OFFICES OF LAUREN GOLDBERG, PLLC

*(signature)*

Lauren Goldberg, Esq.
3 Columbus Circle, 15th Floor
New York, NY 10019
*Attorneys for Plaintiffs*

Dated: Lake Success, New York
July 15, 2022

MILMAN LABUDA LAW GROUP PLLC

*(signature)*

Joseph M. Labuda, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042
*Attorneys for Defendant*

Dated: 7/18/2022
So Ordered.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.