FILED
CLERK

3:53 pm, Jul 18, 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
   HERNANDEZ, et al.

        -against-

   THE MONEY SOURCE, INC.
-------------------------------------------------x

**ORDER OF SUSTENANCE
LODGING &
TRANSPORTATION**

Docket #    17-CV-6919

**IT IS ORDERED that proper :**

   ( ) LODGING

   ( X ) SUSTENANCE

   ( ) TRANSPORTATION

   be provided to the ( 8) jurors empaneled in the above entitled case.

   (X ) DURING TRIAL
   (X ) DELIBERATING
   ( ) SEQUESTERED
   ( ) BREAKFAST
   (X ) LUNCH
   ( ) DINNER
   ( ) OTHER

/s/ Gary R. Brown
United States District Judge

Date:  Central Islip, NY
       July 18, 2022