| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL MINUTE ORDER** |
| BEFORE: GARY R. BROWN<br>         U.S. DISTRICT JUDGE | DATE:  7/18/2022<br>TIME:   6.5 hours<br>Court Reporter/Ftr#: Paul Lombardi<br>          MaryAnn Steiger (trial)<br>FTR#: 9:48 – 11:20 (selection) |

CASE:  **CV 17-6919  (GRB)**  Hernandez v. The Money Source

TYPE OF CONFERENCE:   Jury Trial

APPEARANCES:        Plaintiff : Lauren Goldberg

                   Defendant :  Joseph M. Labuda, Michael Mauro

☒  Case called.       ☒   Counsel for all sides present.
☐  Motion in limine by _____ argued.
   The Court rules on the motion as follows:
       ☐ Choose an item..
       ☐ Other:
☒  Jury voir dire held.
☒  Jury empaneled.
☒  Jury sworn.

☒  Jury trial begins opening statements heard.
☒  Witness(es) sworn, testimony heard.

☐  Plaintiff rests.
☐  Defendant makes a motion for  .  Argument heard.
   ☐ Choose an item.
   ☐ Additional Rulings:  .

☐  Defendant case presented.        ☐   Defendant rests.
       ☐   Witness(es) sworn, testimony heard.

☐  Jury charge conference held.
☐  Closing arguments heard.
☐  Jury Charged              ☐   Jury Deliberations Begin
☐  Jury Verdict as follows:
       ☐  Verdict in favor of plaintiff:
       ☐  Verdict in favor of defendant:
☐  Jury Polled and dismissed with the thanks of the court.
☐  Jury trial Choose an item..

☐  Pre-motion conference held.
       ☐   Parties to meet and confer and submit a schedule within 2 weeks.

☐ Motion Schedule set.  Motion served by:
Response served by:
Reply and all papers filed by:

☒ Trial to resume on:  7/19/2022 at 9:30 a.m.                              .
☐ Other discussions held: