| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>            U.S. DISTRICT JUDGE | DATE:  7/20/2022<br>TIME:   6.5 hours<br>Court Reporter: Paul Lombardi<br>Fred Guerino/Mary Ann Steiger |

CASE:  **CV 17-6919  (GRB)**  Hernandez v. The Money Source

TYPE OF CONFERENCE:   Jury Trial

APPEARANCES:         Plaintiff : Lauren Goldberg

                                    Defendant :  Joseph M. Labuda, Michael Mauro, Michael Mule

- ☒ Case called.        ☒ Counsel for all sides present.
- ☐ Motion in limine by _____ argued.
  - The Court rules on the motion as follows:
    - ☐ Choose an item..
    - ☐ Other:
- ☐ Jury voir dire held.
- ☐ Jury empaneled.
- ☐ Jury sworn.

- ☒ Jury trial continues.
- ☒ Witness(es) sworn, testimony heard.

- ☐ Plaintiff rests.
- ☐ Defendant makes a motion for  . Argument heard.
  - ☐ Choose an item.
  - ☐ Additional Rulings: .

- ☐ Defendant case presented.        ☐ Defendant rests.
  - ☐ Witness(es) sworn, testimony heard.

- ☐ Jury charge conference held.
- ☐ Closing arguments heard.
- ☐ Jury Charged              ☐ Jury Deliberations Begin
- ☐ Jury Verdict as follows:
  - ☐ Verdict in favor of plaintiff:
  - ☐ Verdict in favor of defendant:
- ☐ Jury Polled and dismissed with the thanks of the court.
- ☐ Jury trial Choose an item..

- ☐ Pre-motion conference held.
  - ☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐    Motion Schedule set.    Motion served by:
Response served by:
Reply and all papers filed by:

☒    Trial to resume on:   7/21/2022 at 9:30 a.m.                      .
☐    Other discussions held: