**UNITED STATES DISTRICT COURT**                    **CIVIL MINUTE ORDER**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: GARY R. BROWN                          DATE:   7/21/2022
             U.S. DISTRICT JUDGE                   TIME:   4.5 hours
                                          Court Reporter: Paul Lombardi
                                          Fred Guerino/Mary Ann Steiger

CASE:  **CV 17-6919  (GRB)**  Hernandez v. The Money Source

TYPE OF CONFERENCE:   Jury Trial

APPEARANCES:        Plaintiff : Lauren Goldberg

                            Defendant :  Joseph M. Labuda, Michael Mauro, Michael Mule

☒    Case called.    ☒    Counsel for all sides present.
☐    Motion in limine by _____ argued.
                 The Court rules on the motion as follows:
                         ☐Choose an item..
                         ☐Other:
☐    Jury voir dire held.
☐    Jury empaneled.
☐    Jury sworn.

☒    Jury trial continues.
☒    Witness(es) sworn, testimony heard.

☐    Plaintiff rests.
☐    Defendant makes a motion for  .  Argument heard.
       ☐Choose an item.
      ☐Additional Rulings: .

☐    Defendant case presented.    ☐    Defendant rests.
               ☐    Witness(es) sworn, testimony heard.

☐    Jury charge conference held.
☐    Closing arguments heard.
☐    Jury Charged    ☐    Jury Deliberations Begin
☐    Jury Verdict as follows:
               ☐    Verdict in favor of plaintiff:
               ☐    Verdict in favor of defendant:
☐    Jury Polled and dismissed with the thanks of the court.
☐    Jury trial Choose an item..

☐    Pre-motion conference held.
               ☐    Parties to meet and confer and submit a schedule within 2 weeks.

☐     Motion Schedule set.     Motion served by:
                                                 Response served by:
                                                 Reply and all papers filed by:

☒     Trial to resume on:    7/25/2022 at 9:30 a.m.                       .
☐     Other discussions held: