# EXHIBIT 1



Lauren Goldberg <lg@lgoldberglaw.com>

## Hernandez et al v. The Money Source

**Joseph Labuda** <joe@mllaborlaw.com>   Fri, Jul 22, 2022 at 2:28 PM
To: Lauren Goldberg <lg@lgoldberglaw.com>, Michael Mauro <Michael@mllaborlaw.com>, Michael Mule <MichaelMule@mllaborlaw.com>
Cc: Kyle Monaghan <Kyle@mllaborlaw.com>, "Frank Giglio Esq. (Frank.giglio@themoneysource.com)" <frank.giglio@themoneysource.com>, Robert Goner <Robert.Goner@themoneysource.com>

Lauren –

Vito Di Pietro is on vacation so he is not able to come on Monday or next week.

Anasha Persuad is working and she will come on Monday subject the Court requiring her to be there.

Joe

Joseph M. Labuda

Milman Labuda Law Group, PLLC

3000 Marcus Avenue, Ste. 3W8

Lake Success, NY 11042

(516) 303-1380 - (direct)

(516) 328-8899 - (office)

(516) 328-0082 - (fax)

[Quoted text hidden]