| UNITED STATES DISTRICT COURT | CIVIL MINUTE ORDER |
|---|---|
| EASTERN DISTRICT OF NEW YORK | |

BEFORE: GARY R. BROWN  
       U.S. DISTRICT JUDGE

DATE: 7/25/2022  
TIME: 6 hours trial  1 hour charge conference  
Court Reporter: Paul Lombardi  
Marie Foley/Lisa Schmid

CASE: **CV 17-6919  (GRB)**  Hernandez v. The Money Source

TYPE OF CONFERENCE: Jury Trial

APPEARANCES:  Plaintiff : Lauren Goldberg

Defendant : Joseph M. Labuda, Michael Mauro

- ☒ Case called.    ☒ Counsel for all sides present.
- ☐ Motion in limine by _____ argued.
  - The Court rules on the motion as follows:
    - ☐ Choose an item..
    - ☐ Other:
- ☐ Jury voir dire held.
- ☐ Jury empaneled.
- ☐ Jury sworn.

- ☒ Jury trial continues.
- ☒ Witness(es) sworn, testimony heard.

- ☒ Plaintiff rests.
- ☒ Defendant makes a motion for a directed verdict.
  - ☒ Denied
  - ☐ Additional Rulings:

- ☒ Defendant case presented.    ☒ Defendant rests.
  - ☒ Witness(es) sworn, testimony heard.

- ☒ Jury charge conference held.
- ☐ Closing arguments heard.
- ☐ Jury Charged    ☐ Jury Deliberations Begin
- ☐ Jury Verdict as follows:
  - ☐ Verdict in favor of plaintiff:
  - ☐ Verdict in favor of defendant:
- ☐ Jury Polled and dismissed with the thanks of the court.
- ☐ Jury trial Choose an item..

- ☐ Pre-motion conference held.

☐     Parties to meet and confer and submit a schedule within 2 weeks.
☐     Motion Schedule set.   Motion served by:
                                        Response served by:
                                        Reply and all papers filed by:

☒     Trial to resume on:   7/26/2022 at 9:30 a.m.                              .
☐     Other discussions held: