| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL MINUTE ORDER |

BEFORE: GARY R. BROWN
       U.S. DISTRICT JUDGE

DATE:  7/26/2022
TIME:   3 hrs
Court Reporter: Paul Lombardi /Lisa Schmid

CASE:  **CV 17-6919  (GRB)**  Hernandez v. The Money Source

TYPE OF CONFERENCE:   Jury Trial

APPEARANCES:        Plaintiff : Lauren Goldberg

                        Defendant :  Joseph M. Labuda, Michael Mauro

**FILED
CLERK**

4:59 pm, Jul 26,2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

- ☒ Case called.    ☒ Counsel for all sides present.
- ☐ Motion in limine by _____ argued.
  - The Court rules on the motion as follows:
    - ☐ Choose an item..
    - ☐ Other:
- ☐ Jury voir dire held.
- ☐ Jury empaneled.
- ☐ Jury sworn.

- ☒ Jury trial continues.
- ☐ Witness(es) sworn, testimony heard.

- ☐ Plaintiff rests.
- ☐ Defendant makes a motion for a directed verdict.
  - ☐ Denied
  - ☐ Additional Rulings: .

- ☐ Defendant case presented.    ☐ Defendant rests.
  - ☐ Witness(es) sworn, testimony heard.

- ☒ Jury charge conference held.
- ☒ Closing arguments heard.
- ☒ Jury Charged            ☒ Jury Deliberations Begin
- ☐ Jury Verdict as follows:
  - ☒ Verdict in favor of plaintiff:
  - ☐ Verdict in favor of defendant:
- ☒ Jury Polled and dismissed with the thanks of the court.
- ☒ Jury trial concluded.

- ☐ Pre-motion conference held.
  - ☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐   Motion Schedule set.   Motion served by:
　　　　　　　　　　　　　Response served by:
　　　　　　　　　　　　　Reply and all papers filed by:

☐   Trial to resume on: _____.
☐   Other discussions held: