AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

EASTERN District of NEW YORK

| | |
|---|---|
| **Richard Hernandez and Steve Hernandez** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 17CV 6919 (GRB)(AYS) |
| **The Money Source, Inc.** ) | |
| *Defendant* ) | |

**FILED CLERK**

## JUDGMENT IN A CIVIL ACTION

10:32 am, Jul 27, 2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  The plaintiff RICHARD HERNANDEZ recover from the defendant THE MONEY SOURCE, INC. the amount of $1,815.26. The plaintiff STEVE HERNANDEZ recover from the defendant THE MONEY SOURCE, INC. the amount of $2,713.36.

This action was *(check one)*:

☒ tried by a jury with Judge  GARY R. BROWN  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  July 27, 2022

Brenna B. Mahoney
*CLERK OF COURT*

By: /s/ Karen McMorrow

*Signature of Clerk or Deputy Clerk*