UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RICHARD HERNANDEZ AND STEVE HERNANDEZ

                                        Plaintiffs,

v.                                                17 CV 06919 (GRB)(AYS)

THE MONEY SOURCE INC.
                                        Defendant.
------------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Richard Hernandez and Steve Hernandez hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment entered on July 27, 2022 and the jury verdict entered on July 28, 2022 wherein the jury found for the defendant on two of the claims.

Dated:      New York, New York
             August 12, 2022

                                        LAW OFFICES OF LAUREN GOLDBERG, PLLC

                                        By: _____

                                        LAUREN GOLDBERG (LG: 9890)
                                        Attorney for Plaintiffs
                                        3 Columbus Circle, 15th Floor
                                        New York, N.Y. 10019
                                        (646) 452-8380