**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

¹ Also admitted in New Jersey

Author: Joseph M. Labuda – Member ¹
Direct E-Mail Address: joe@mllaborlaw.com
Direct Dial: (516) 303-1380

October 21, 2022

The Honorable Judge Gary R. Brown
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

RE:   Hernandez v. The Money Source (17-CV-6919) (GRB)
      MLLG File No. 153-2021

Dear Judge Brown:

The parties to the above-referenced matter have agreed to settle this matter and forego any appeal and any application for costs subject to approval of a joint request by the parties that the judgment entered on July 27, 2022 be vacated in its entirety.¹

Accordingly, the parties jointly request that the Court So Order the attached proposed Order vacating the judgment with no costs to either party. Upon the vacatur, the parties shall submit a Stipulation of Dismissal of the Action in its entirety.

Respectfully submitted,

*Joseph M. Labuda*

Joseph M. Labuda

cc:   Client
      Opposing Counsel

---

¹ The parties are willing to provide additional detail and legal support in a supplemental letter if the Court so desires.

# EXHIBIT A

Exhibit "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD HERNANDEZ, STEVE HERNANDEZ
AND MARIA HERNANDEZ BROTHERS,   Dkt. No.: 17-cv-06919

                        Plaintiffs,   **STIPULATED ORDER OF VACATUR**
-against-   **OF JUDGMENT**

THE MONEY SOURCE INC.,

                        Defendant.
-------------------------------------------------------------X

IT IS STIPULATED AND AGREED by and between counsel for the Plaintiffs, the Hernandez Brothers and Defendant, The Money Source Inc., that the Judgment dated July 27, 2002 is hereby vacated in its entirety and; and

IT IS FURTHER STIPULATED that no party shall be entitled to costs or fees.

Dated: New York, New York           Dated: Lake Success, New York
      October 20, 2022                        October 20, 2022

LAW OFFICES OF LAUREN GOLDBERG, PLLC     MILMAN LABUDA LAW GROUP PLLC

_____               _____
Lauren Goldberg, Esq.                            Joseph M. Labuda, Esq.
3 Columbus Circle, 15th Floor                 3000 Marcus Avenue, Suite 3W8
New York, NY 10019                           Lake Success, NY 11042
*Attorneys for Plaintiffs*                         *Attorneys for Defendant*
*Richard Hernandez and*
*Steve Hernandez*

_____
So Ordered

8